UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN SCHEU,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>    Defendant. | CASE NO. CV 08–02835 MMM (CWx)<br><br>JUDGMENT FOR DEFENDANT |

This case was tried to the court on June 8 to 11, 2010. The court issued written findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure on July 27, 2011. Based on those findings of fact and conclusions of law,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Dean Scheu take nothing by way of his complaint against Charter Communications LLC; and

2. That the action be, and it hereby is, dismissed.

DATED: July 27, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE